■ In the Matter of EDWIN ANDERSON et al., Respondents, v WESTMORELAND CENTRAL SCHOOL DISTRICT, Appellant. — Judgment unanimously affirmed, without costs, for reasons stated at Special Term (Lynch, J.) (see, also, *Matter of King v Carey,* 57 NY2d 505; *Matter of De Lury v Beame,* 49 NY2d 155). (Appeal from judgment of Supreme Court, Oneida County, Lynch, J. — art 78.) Present — Doerr, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ In the Matter of ANNE M. MATTESON, Individually and as Executrix of FRANKLIN G. MATTESON, Deceased, et al., Petitioners, v COUNTY OF HERKIMER, Respondent. — Application unanimously denied and petition dismissed, without costs. Memorandum: We agree with respondent that the proposed taking is *de minimis* (EDPL 206, subd [D]). The county plans to straighten and flatten a strip of road less than one-half mile long. The total taking involves only 1.94 acres of petitioners' 79.5 acres of land. The land to be taken includes only narrow strips abutting the present roadway, as well as one small triangular piece which is a rock outcropping. The taking will not interfere with current land use and does not require the removal of any structures. Under all the circumstances presented, we confirm the condemnor's finding that it is exempt from the public hearing requirement. (EDPL 207.) Present — Doerr, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ In the Matter of JAMES S. HINMAN, Respondent-Appellant, v CITY OF ROCHESTER, Acting through the Parking Violations Bureau, et al., Appellants-Respondents. — Appeal and cross appeal unanimously dismissed, without costs (see CPLR 5701, subd [b], par 1). Memorandum: We note merely that had the parties sought leave to appeal, such relief would have been denied. That portion of the CPLR article 78 proceeding challenging the constitutionality of the parking ordinance was properly converted to an action for declaratory judgment (CPLR 103, subd [c]; *Press v County of Monroe,* 50 NY2d 695). The language in Special Term's order regarding dismissal of petitioner's "prayers for relief" does not constitute dismissal of his causes of action. (Appeals from order of Supreme Court, Monroe County, Boehm, J. — dismiss action.) Present — Doerr, J. P., Denman, Boomer, Green and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANNY MATOS, Appellant. — Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment of conviction of criminal possession of a weapon in the third degree following a jury trial and seeks review of the order which denied his motion to suppress a .22 revolver seized pursuant to a search warrant. The search warrant was issued upon probable cause (see *People v Bartolomeo,* 53 NY2d 225, 234). Although the .22 revolver was not particularly described in the search warrant, it was properly seized when discovered during an inventory search of defendant's unlocked and open suitcase (see *Harris v United States,* 331 US 145, 154; see, also, *Warden v Hayden,* 387 US 294). (Appeal from judgment of Orleans County Court, Miles, J. — criminal possession of a weapon, third degree.) Present — Dillon, P. J., Doerr, Boomer, Green and Schnepp, JJ.